### 3149.  MAY *v.* CITY OF ATLANTA.

POWELL, J.  1.  The evidence authorized the verdict.

2. "Jurors can not impeach their verdict; much less will it be set aside, on the affidavit of the party for whose use the case is proceeding that some of the jurors told him that it was caused by mistake," or that one or more of the jurors were guilty of misconduct during the progress of the trial.  *Smith* v. *Banks,* 65 *Ga.* 26.          *Judgment affirmed.*

DECIDED JUNE 7, 1911.

Action for damages; from city court of Atlanta—Judge Reid. November 18, 1910.

*M. A. Hale, C. W. Smith, Rosser & Brandon,* for plaintiff in error.

*James L. Mayson, W. D. Ellis Jr.,* contra.